

# NUMBER 13-26-00262-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

PREMIER SMALL BUSINESS
SERVICES, INC. D/B/A PAYROLL
VAULT,                                                      Appellant,

v.

ARC PRIMARY CARE, ET AL.,                                   Appellees.

## ON APPEAL FROM THE 476TH DISTRICT COURT
## OF HIDALGO COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices West and Cron
Memorandum Opinion by Chief Justice Tijerina**

Appellant Premier Small Business Services Inc. d/b/a Payroll Vault filed a notice

of appeal from an "Order Granting Defendants' Motion to Stay Enforcement" issued in

trial court cause number C-5570-25-M in the 476th District Court of Hidalgo County,

Texas. On April 10, 2026, the Clerk of the Court notified appellant that it appeared that appellant was attempting to appeal a non-appealable order, requested appellant to correct this defect within ten days, and advised appellant that the appeal would be dismissed if the defect was not corrected. *See* TEX. R. APP. P. 42.3(a), (c). Thereafter, appellant filed an unopposed motion to abate the briefing schedule in this case pending the resolution of a related original proceeding pending in our appellate cause number 13-26-00284-CV. Appellant "contend[ed] that the Court does not have jurisdiction over this appeal," and that mandamus was the more appropriate vehicle to resolve the case. Appellant advised the Court that once the mandamus was decided, the Court could dismiss this appeal. Appellant also requested that we dispose of the appeal without briefing, if appropriate. On April 23, 2026, we granted appellant's motion, in part, and abated the appeal. We carried appellant's motion with the case, in part, as to appellant's request to proceed without briefing.

We have now resolved the related original proceeding. *See In re Premier Small Bus. Servs., Inc.*, No. 13-26-00284-CV, 2026 WL _____, at *__ (Tex. App.—Corpus Christi–Edinburg May __, 2026, orig. proceeding) (mem. op.). Accordingly, we reinstate this appeal. We dismiss appellant's motion to proceed without briefing as moot. We dismiss this appeal for lack of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

JAIME TIJERINA
Chief Justice

Delivered and filed on the
13th day of May, 2026.